UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JENNA SMITH, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:15CV00431 ERW |
| GRIFOLS USA, LLC, et al., | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiff Jenna Smith's Motion for Leave to File Out of Time [ECF No. 35].

Defendant Grifols USA, LLC filed its Motion to Dismiss Plaintiff's Amended Complaint, and/or to Strike Certain Allegations [ECF No. 26] on September 1, 2015. Plaintiff's Response to Defendant's Motion was due on September 24, 2015. With the consent of defense counsel, Plaintiff sought an extension until October 1, 2015, to file a Response [ECF No. 29]. The Court granted the extension of time [ECF No. 30]. On October 1, 2015, Plaintiff asked for an additional seven days to respond which the Court again granted [ECF No. 33]. Plaintiff's Response was due on October 8, 2015, and on October 9, 2015, Plaintiff requested leave to file her Response out of time on October 12, 2015 [ECF No. 35]. Plaintiff's Response was filed on October 12, 2015 [ECF No. 38].

The Court stresses the importance of meeting the Court's deadlines. Repeated requests for extensions further delays this case which has been pending since March and has not moved past the initial stages. The Court expects Plaintiff to meet all future deadlines promptly, or more

1

severe consequences may result.  Responses to dispositive motions are due within twenty-one days, plus three days for mailing, and responses to all other motions are due within seven days, plus three days for mailing.

**IT IS HEREBY ORDERED** that Plaintiff Jenna Smith's Motion for Leave to File Out of Time [ECF No. 35] is **GRANTED**.

So Ordered this 14th day of October, 2014.

                                                                                        *E. Richard Webber*

  **E. RICHARD WEBBER**
  **SENIOR UNITED STATES DISTRICT JUDGE**